# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim <br><br> *Plaintiff(s)* <br> v. <br> 150 HEGENBERGER CAPITAL LLC, a California limited liability company dba Oakland Airport Executive Hotel <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:19-cv-6776 JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 150 HEGENBERGER CAPITAL LLC
YUNLOG LI
150 HEGENBERGER RD
OAKLAND CA 94621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: P. Kristofer Strojnik
2415 E. Camelback Rd., Ste. 700
Phoenix, Az. 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

Date: October 23, 2019